IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-776-*** |
| | : |
| SUSSEX CONSERVATION DISTRICT, | : |
| KIP FOSKEY, INDIVIDUALLY AND IN | : |
| HIS CAPACITY AS A SUPERVISOR FOR | : |
| SUSSEX CONSERVATION DISTRICT | : |
| AND DEBRA L. ABSHER, INDIVIDUALLY | : |
| AND IN HER CAPACITY AS DISTRICT | : |
| COORDINATOR FOR THE SUSSEX | : |
| CONSERVATION DISTRICT, | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this **12th** day of **February, 2007**.

IT IS ORDERED that a Rule 16 scheduling teleconference has been scheduled for **Friday, March 9, 2007 at 11:00 a.m.** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by letter the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE