## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-776-*** |
| SUSSEX CONSERVATION DISTRICT, KIP FOSKEY, INDIVIDUALLY AND IN HIS CAPACITY AS A SUPERVISOR FOR SUSSEX CONSERVATION DISTRICT AND DEBRA L. ABSHER, INDIVIDUALLY AND IN HER AS DISTRICT COORDINATOR FOR THE SUSSEX CONSERVATION DISTRICT, | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

Kindly enter my appearance, as co-counsel, on behalf of defendants, Sussex Conservation District, Kip Foskey, and Debra L. Absher, in the above-captioned matter.

                            MARSHALL, DENNEHEY, WARNER,
                            COLEMAN & GOGGIN

                      BY:   */s/ Keri L. Morris*
                            KERI L. MORRIS, ESQ.
                            DE Bar ID: 4656
                            1220 North Market Street, 5th Fl.
                            P.O. Box 8888
                            Wilmington, DE 19899-8888
                            Attorney for Defendant,
                            Sussex Conservation District,
                              Kip Foskey, and Debra L. Absher

DATED:  March 6, 2007

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE L. SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-776-*** |
| v. | : | |
| | : | |
| SUSSEX CONSERVATION DISTRICT, | : | |
| KIP FOSKEY, INDIVIDUALLY AND IN | : | |
| HIS CAPACITY AS A SUPERVISOR | : | |
| FOR SUSSEX CONSERVATION | : | |
| DISTRICT AND DEBRA L. ABSHER, | : | |
| INDIVIDUALLY AND IN HER | : | |
| AS DISTRICT COORDINATOR FOR | : | |
| THE SUSSEX CONSERVATION | : | |
| DISTRICT, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, KERI L. MORRIS, hereby certify that an Entry of Appearance on behalf of defendants, SUSSEX CONSERVATION DISTRICT, KIP FOSKEY, AND DEBRA L. ABSHER, has been served on March 5, 2007 via electronic filing upon :

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

Scott Holt, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
The Brandywine Building
PO Box 391
Wilmington, DE 19899-0391

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                                        BY: */s/ Keri L. Morris*
                                        KERI L. MORRIS, ESQ.
                                        DE Bar ID: 4656
                                        1220 North Market Street, 5th Fl.
                                        P.O. Box 8888
                                        Wilmington, DE 19899-8888
                                        Attorney for Defendant, Sussex Conservation
                                                District, Kip Foskey, and Debra L. Absher

Date: March 6, 2007