IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, | : |
|             Plaintiff, | : |
| v. | : Civil Action No. 06-776-*** |
| SUSSEX CONSERVATION DISTRICT, KIP FOSKEY, INDIVIDUALLY AND IN HIS CAPACITY AS A SUPERVISOR FOR SUSSEX CONSERVATION DISTRICT AND DEBRA L. ABSHER, INDIVIDUALLY AND IN HER CAPACITY AS DISTRICT COORDINATOR FOR THE SUSSEX CONSERVATION DISTRICT, | : |
|             Defendants. | : |

## ORDER

At Wilmington, this 9th day of **March, 2007.**

A scheduling/status teleconference was held on March 9, 2007 with counsel participating. During the teleconference, certain dates in the proposed scheduling order were agreed to by counsel. As a result of that teleconference,

IT IS ORDERED that a scheduling teleconference is set for **March 19, 2007 at 4:45 p.m.** to be initiated by Ms. Morris or Mr. Thompson to discuss consenting to the Magistrate Judge's jurisdiction, the remainder of the scheduling order, if needed and the proposed mediation date of June 8, 2007.

                                                    /s/ Mary Pat Thynge
                                                    UNITED STATES MAGISTRATE JUDGE