IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE L. SMITH, | * | |
| | * | C.A. No. 06-776 *** |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| SUSSEX CONSERVATION DISTRICT, | * | |
| KIP FOSKEY, individually, | * | |
| and in his capacity as | * | |
| a supervisor for the | * | |
| Sussex Conservation District, | * | |
| and DEBRA L. ABSHER, | * | |
| individually, and in her | * | |
| capacity as District | * | |
| Coordinator for the | * | |
| Sussex Conservation | * | |
| District, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**NOTICE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)**

to be served upon:

    Kerri Morris, Esq.
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899-8888

    Scott Holt, Esq.
    100 West Street, 17th Floor
    The Bradywine Building
    P.O. Box 391
    Wilmington, DE 19899-0391

by e-filing and mailing copies at the address shown above, postage prepaid on March 30, 2007.

                        SCHMITTINGER & RODRIGUEZ, P.A.

                        BY: _____
                             William D. Fletcher, Jr.
                             (Bar Id: 362)
                             414 S. State Street
                             P.O. Box 497
                             Dover, DE 19904-0497
DATED: March 30, 2007            (302) 674-0140
/clg                                   Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:

    Kerri Morris, Esq.
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899-8888

    Scott Holt, Esq.
    100 West Street, 17th Floor
    The Bradywine Building
    P.O. Box 391
    Wilmington, DE 19899-0391

by faxing and mailing copies at the address shown above, postage prepaid on March 30, 2007.

                                SCHMITTINGER & RODRIGUEZ, P.A.

                                BY: /s/ William D. Fletcher, Jr.
                                    WILLIAM D. FLETCHER, JR.
                                    (Bar ID # 362)
                                    414 South State Street
                                    P.O. Box 497
                                    Dover, DE 19903
                                    (302) 674-0140
                                    Attorney for Plaintiffs

DATED: March 30, 2007
/clg