IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-776-*** |
| : | |
| SUSSEX CONSERVATION DISTRICT, : | |
| KIP FOSKEY, INDIVIDUALLY AND IN : | |
| HIS CAPACITY AS A SUPERVISOR FOR : | |
| SUSSEX CONSERVATION DISTRICT : | |
| AND DEBRA L. ABSHER, INDIVIDUALLY : | |
| AND IN HER CAPACITY AS DISTRICT : | |
| COORDINATOR FOR THE SUSSEX : | |
| CONSERVATION DISTRICT, : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **23rd** day of **April, 2007**,

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Wednesday, May 2, 2007 at 11:30 a.m.** to discuss the mediation scheduled for Friday, June 8, 2007 at 10:00 a.m.  **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE