IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE L. SMITH, | * | |
| | * | C.A. No. 06-776 *** |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| SUSSEX CONSERVATION DISTRICT, | * | |
| KIP FOSKEY, individually, | * | |
| and in his capacity as | * | |
| a supervisor for the | * | |
| Sussex Conservation District, | * | |
| and DEBRA L. ABSHER, | * | |
| individually, and in her | * | |
| capacity as District | * | |
| Coordinator for the | * | |
| Sussex Conservation | * | |
| District, | * | |
| | * | |
| Defendants | * | |
| | * | |

**NOTICE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

to be served upon:

    Kerri Morris, Esq.
    Marshall Dennehey Warner
    Coleman & Goggin
    1220 North Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899-8888

    Scott Holt, Esq.
    Young Conaway Stargatt & Taylor, LLP
    100 West Street, 17th Floor
    The Bradywine Building
    P.O. Box 391
    Wilmington, DE 19899-0391

by e-filing and mailing copies at the address shown above, postage prepaid on __4/24/07__

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
(Bar Id: 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiffs

DATED: 4/24/07
/clg

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF SERVICE**

to be served upon:

Kerri Morris, Esq.
Marshall Dennehey Warner
Coleman & Goggin
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

Scott Holt, Esq.
Young Conaway Stargatt & Taylor, LLP
100 West Street, 17th Floor
The Bradywine Building
P.O. Box 391
Wilmington, DE 19899-0391

by e-filing and mailing copies at the address shown above, postage prepaid on 4/24/07

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
(Bar ID # 362)
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiffs

DATED: 4/24/07
/clg