IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELLE SMITH, | : | |
| | : | C.A. No. 06-776-*** |
| PLAINTIFF, | : | |
| | : | |
| v. | : | |
| | : | |
| SUSSEX CONSERVATION DISTRICT, KIP FOSKEY, individually, and in his capacity as a supervisor for the Sussex Conservation District, and DEBRA ABSHER, individually, and in her capacity as District Coordinator for the Sussex Conservation District., | : | |
| | : | |
| DEFENDANTS. | : | |

## NOTICE & CERTIFICATE OF SERVICE

I hereby certify that I caused two (2) true and correct copies of the *DEFENDANT'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)* to be served upon:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street, P.O. Box 497
Dover, DE 19904-0497

By e-filing and mailing copies at the address shown above, postage prepaid on May 2, 2007.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


   */s/ Keri L. Morris*   
KERI L. MORRIS, ESQ.
DE Bar ID: 4656
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants

Dated: May 2, 2007