IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-776-*** |
| | : |
| SUSSEX CONSERVATION DISTRICT, | : |
| KIP FOSKEY, INDIVIDUALLY AND IN | : |
| HIS CAPACITY AS A SUPERVISOR FOR | : |
| SUSSEX CONSERVATION DISTRICT | : |
| AND DEBRA L. ABSHER, INDIVIDUALLY | : |
| AND IN HER CAPACITY AS DISTRICT | : |
| COORDINATOR FOR THE SUSSEX | : |
| CONSERVATION DISTRICT, | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **2nd** day of **May, 2007**,

IT IS ORDERED that the mediation scheduled for Friday, June 8, 2007 has been rescheduled to **Thursday, May 24, 2007 at 9:30 a.m.** Submissions of the parties shall now be due on or before **Monday, May 14, 2007.** All other provisions of the Court's March 20, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE