IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELLE L. SMITH, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06-776-*** |
| v. : | |
| : | |
| SUSSEX CONSERVATION DISTRICT, : | |
| KIP FOSKEY, INDIVIDUALLY AND IN : | |
| HIS CAPACITY AS A SUPERVISOR : | |
| FOR SUSSEX CONSERVATION : | |
| DISTRICT AND DEBRA L. ABSHER, : | |
| INDIVIDUALLY AND IN HER : | |
| AS DISTRICT COORDINATOR FOR : | |
| THE SUSSEX CONSERVATION : | |
| DISTRICT, : | |
| : | |
| Defendants : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the parties that the above action is hereby dismissed with prejudice.

SCHMITTINGER & RODRIGUEZ, P.A.

By: /s/ William D. Fletcher
WILLIAM D. FLETCHER, ESQ. (#362)
NOEL E. PRIMOS, ESQ. (#3124)
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorney for Plaintiff

DATED: 6/12/07

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: /s/ Keri L. Morris
KERI L. MORRIS, ESQ. (#4656)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, Delaware 19899
Attorneys for Defendants

DATED: 6/12/07

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
J.